**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 76.238.201.96**

**ISP:** AT&T Internet Services
**Physical Location:** Ypsilanti, MI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/26/2018 13:42:49 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 04/02/2018 13:07:22 | 99168B20226BDD6884C961109D642BFFDF06ACB9 | Honeymoon Sex |
| 12/13/2017 14:30:49 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 12/04/2017 18:12:01 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |
| 10/23/2017 21:48:27 | 0E992AADEBF3D624A638B6D4CD0934A5E8EBF215 | Susie Up Close and Personal |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

NEMI408